UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**HONESTY L. TRUTH,**

Plaintiff,

v.                                                                    **No. 4:25-cv-0862-P**

**PARKER COUNTY SHERIFF'S DEP'T, ET AL.**

Defendants.

## ORDER AND NOTICE OF DEFICIENCY

Before the Court is the complaint filed by Plaintiff, Honesty L. Truth. Plaintiff has not paid the applicable filing fee or filed a proper motion for leave to proceed *in forma pauperis*. Therefore, the Clerk is directed to mail to Plaintiff sufficient forms, including certificate of inmate trust account, for her to pursue leave to proceed *in forma pauperis* should she desire to do so. Should Plaintiff wish to proceed with this action, by September 11, 2025, she must either pay the $405 filing and administrative fees or file a completed application to proceed *in forma pauperis* accompanied by certificate of inmate trust account (or long form application to proceed *in forma pauperis* if she is not currently incarcerated). Failure to comply with this order in any respect may result in the dismissal of Plaintiff's claims without further notice. FED. R. CIV. P. 41(b).

**SO ORDERED** on this **12th day** of **August 2025.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE