UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**HONESTY L. TRUTH,**

   Plaintiff,

v.                                              **No. 4:25-cv-0862-P**

**PARKER COUNTY SHERIFF'S DEP'T, ET AL.**

   Defendants.

### ORDER OF DISMISSAL

   By order and notice of deficiency signed August 12, 2025, the Court ordered that if Plaintiff, Honesty L. Truth, wished to proceed with this action, by September 11, 2025, she must either pay the $405 filing and administrative fees or file a completed application to proceed *in forma pauperis* accompanied by certificate of inmate trust account (or long form application to proceed *in forma pauperis* if she is not currently incarcerated). The order cautioned that failure to comply in any respect might result in the dismissal of Plaintiff's claims without further notice. FED. R. CIV. P. 41(b). To date, Plaintiff has failed to comply with the order. Accordingly, Plaintiff's claims are **DISMISSED** for want of prosecution.

   **SO ORDERED** on this **19th day** of **September 2025.**

*[signature]*

**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE