UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**HONESTY L. TRUTH,**

    Plaintiff,

v.                                          **No. 4:25-cv-0862-P**

**PARKER COUNTY SHERIFF'S DEP'T, ET AL.**

    Defendants.

## ORDER

The motion of Plaintiff, Honesty L. Truth, to extend time to file certified inmate trust account statement is **DENIED**. The motion confirms, as the Court suspected, that Plaintiff is not using her actual address as required by FED. R. CIV. P. 11. Moreover, she does not appear to be using her real name.

**SO ORDERED** on this **23rd day** of **September 2025.**

_Mark T. Pittman_
**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE