UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**HONESTY L. TRUTH,**

　Plaintiff,

v.                                                      **No. 4:25-cv-0862-P**

**PARKER COUNTY SHERIFF'S DEP'T, ET AL.**

　Defendants.

## ORDER

The motion of Plaintiff, Honesty L. Truth, to reopen the time to file an appeal is **DENIED**. The record reflects that copies of the order of dismissal and final judgment were mailed to Plaintiff at the address she provided. It was her responsibility to provide the Court her proper address and to keep herself apprised of the status of the proceedings.

**SO ORDERED** on this **30th day** of **March 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE